```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| BRIANNA MURPHY, et al. | : | CIVIL ACTION |
| | : | NO. 20-2230 |
| v. | : | |
| | : | |
| JOHN DOE POLICE DETECTIVE #1, | : | |
| et al. | : | |

## O R D E R

**AND NOW**, this **27th** day of **September, 2021,** upon consideration of Defendants' motion to dismiss the third amended complaint (ECF No. 36) and the response thereto, and pursuant to the opinion issued this same day, it is hereby **ORDERED** that the motion is **GRANTED in part** and **DENIED in part** as follows:

1. the motion is **GRANTED** in that Count I ("stigma plus" defamation); Count II (state created danger); Count III (state created danger); Count IV (failure to train); and Count V (unconstitutional custom) against Defendant King in her personal capacity are **DISMISSED with prejudice**, and

2. the motion is **DENIED** as to Count V (unconstitutional custom) against Defendant King in her official capacity under a <u>Monell</u> liability theory.

It is further **ORDERED** that the parties shall submit a joint proposed Third Scheduling Order **by October 6, 2021.**

    **AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**