IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIANNA MURPHY, et al. | : | CIVIL ACTION |
| | : | NO. 20-2230 |
| v. | : | |
| | : | |
| JOHN DOE POLICE DETECTIVE #1, et al. | : | |
| | : | |

**O R D E R**

**AND NOW**, this **22nd** day of **September, 2022,** upon consideration of Defendants' motion for summary judgment (ECF No. 62), Plaintiff's motion for partial summary judgment (ECF No. 63), and the responses thereto, it is hereby **ORDERED** that:

1. Defendants' motion for summary judgment is **GRANTED**; and

2. Plaintiff's motion for summary judgment is **DENIED**.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
―――――――――――――――――――
**EDUARDO C. ROBRENO, J.**